No. 836. ST. LOUIS & SOUTHWESTERN RAILWAY COMPANY, PETITIONER, *v.* CECELIO MACIEL ET AL. Feb-

